UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**COLLIN THOMAS ET AL** : **DOCKET NO. 2:24-CV-00738**

**VERSUS** : **JUDGE JAMES D. CAIN, JR.**

**STRATIGOS DYNAMICS INC.** : **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Before the court is a Report and Recommendation [doc. 20] of the Magistrate Judge, recommending that the Motion for Leave to File Fourth Superseding and Amending Complaint [doc. 17] be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Leave to Amend [doc. 17], is **DENIED** without prejudice to Plaintiffs' right to refile the motion with a proposed amended complaint that sufficiently alleges liability against any or all of the proposed defendants, if possible.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of November, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE